### Charles M. Weber, Defendant in Error, v. Henry C. Krueger, Plaintiff in Error.

### Gen. No. 21,196.   (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. HARRY M. FISHER, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1915. Affirmed. Opinion filed November 15, 1916.

### Statement of the Case.

Action by Charles M. Weber, plaintiff, against Henry C. Krueger, defendant, in the Municipal Court of Chicago, to recover commissions as a real estate broker for obtaining a purchaser for defendant's property. To reverse a judgment for plaintiff·for $83.75, defendant prosecutes this writ of error.

OTTO C. RENTNER, for plaintiff in error.

JOHN C. LEWE and FREDERICK SASS, for defendant in error.

MR. PRESIDING JUSTICE O'CONNOR delivered the opinion of the court.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

## Abstract of the Decision.

1. APPEAL AND ERROR, § 1567*—*when correctness of ruling on proposition of law immaterial.* Where in a case tried by the court without a jury the ultimate facts found by the court are such that no judgment would stand except that entered, the question whether there was error in a ruling on a proposition of law is immaterial.

2. APPEAL AND ERROR, § 1414*—*when findings of fact by court will not be reviewed.* Where the evidence heard at the trial is not in the record, the Appellate Court will not review findings of fact by the trial court trying the case without a jury.